UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

IN RE:
TANITA L. ROBERTS

CASE NO: BKS-11-54202 K

CHAPTER 13

Debtor

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on December 05, 2011. The Court Confirmed Debtor's plan on May 9., 2012.

2. The Trustee has a balance on hand in this case in the amount of $1,503.47 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $1,503.47, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor(s)** | **Amount of Disbursement Check** |
|---|---|
| TANITA L. ROBERTS<br>16505 LOOKOUT HOLLOW CIR. APT. 625<br>SELMA, TX 78154 | $1,503.47 |

Respectfully submitted,

/s/ Mary K. Viegelahn
_____
MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                      CHAPTER 13

**TANITA L. ROBERTS**

DEBTOR(S)                  CASE NO.: **11-54202 K**

### CERTIFICATE OF SERVICE
-----------------------------------

I hereby certify that a true and correct copy of the attached document was served **January 12, 2017** by First Class Mail, upon the following:

Debtor(s):

TANITA L. ROBERTS
16505 LOOKOUT HOLLOW CIR. APT. 625
SELMA, TX 78154

ROSENBAUM LAW OFFICES
13039 HUNTERS RIDGE
SAN ANTONIO, TX 78230

MALAISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX 78209

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee